IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-02048-LTB

JOHN A. FLEMING,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.
_____

ORDER
_____

      This matter is before me on Plaintiff's Unopposed Motion to Reopen Pursuant to Fed. R. Civ. P. 60(b) to Rescind Order for Payment of Attorney Fees Under 42 U.S.C. 406(b) [**#48**]. In this motion, Plaintiff requests that I reopen this matter and rescind my order, dated March 6, 2007, in which I granted Plaintiff's Unopposed Motion Pursuant to Fed. R. Civ. P. 60(b) for Attorney Fees Under 42 U.S.C. § 406(b) and awarded Plaintiff's counsel $3,504.00 in attorney fees to be paid out of Plaintiff's award of back due benefits [**#46**].

      Following a hearing and oral arguments on April 17, 2007, at 9:00 am., it is hereby ORDERED as follows:

      1) Plaintiff's Unopposed Motion to Reopen Pursuant to Fed. R. Civ. P. 60(b) to Rescind Order for Payment of Attorney Fees Under 42 U.S.C. 406(b) is GRANTED [**#48**];

      2) The March 6, 2007 Order, which awarded Plaintiff's counsel $3,504.00 in attorney fees pursuant to 42 U.S.C. § 406(b), [**#46**] and the subsequent Judgment Awarding Attorney Fees dated March 7, 2007, [**#47**] are RESCINDED; and

2

3) This case is CLOSED.

Dated: April   17   , 2007 in Denver, Colorado.

                                                  BY THE COURT:

                                                  s/Lewis T. Babcock
                                                  LEWIS T. BABCOCK, CHIEF JUDGE