IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  04-cv-02048-LTB

JOHN A. FLEMING,

             Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

             Defendant.
_____

ORDER
_____

Upon Plaintiff's Unopposed Motion to Reopen Pursuant to FRCP 60(b) to Reissue

Order for Payment of Attorney Fees Under 42 U.S.C. 406(b) (Doc 52 - filed December 7,

2007), it is

ORDERED that the Motion is GRANTED.  It is

FURTHER ORDERED that the Court's Order of March 7, 2007, be reissued for

payment of attorney fees in the amount of $1,026.50, pursuant to Fed.R.Civ.P. 60(b), out

of Plaintiff's award of benefits as provided under the Social Security Act, 42 U.S.C. 406(b).

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED: December 12, 2007